UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------

LAURA HUMPHREYS
and RYAN HUMPHREYS,

    Plaintiff(s),

 -against-

CITY OF NEW YORK, et al.,

    Defendant(s)

----------------------------------------------------------

**ORDER OF DISCONTINUANCE**

CV-10-3011 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 13 2011 ★

BROOKLYN OFFICE

AMON, J.

 It having been reported to the Court that the above action has been settled, it is

 ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action in 45 days if the settlement is not consummated.

 SO ORDERED.

Dated: Brooklyn, New York
   October 12, 2011

           s/CBA
          _____
          Carol Bagley Amon
          Chief United States District Judge