UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

....................................................................

LAURA HUMPHREYS
and RYAN HUMPHREYS,

          Plaintiff(s),

-against-

CITY OF NEW YORK, et al.,

          Defendant(s)

....................................................................

ORDER OF DISCONTINUANCE

CV-10-3011 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 1 3 2011 ★

BROOKLYN OFFICE

AMON, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action in 45 days if the settlement is not consummated.

SO ORDERED.

Dated:    Brooklyn, New York
          October 12, 2011

                              s/CBA

                            Carol Bagley Amon
                            Chief United States District Judge